LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 13281
MORAN BRANDON BENDAVID MORAN
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAMECIA BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES I through X; and ROE ENTITIES I through X,<br><br>　　　　Defendants. | CASE NO.: 2:16-cv-01991-JAD-PAL |

## STIPULATION AND ORDER TO ADMIT LIABILITY

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that Defendant, ALBERTSONS, LLC admits liability but contests causation and damages in this matter.

///

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED TO by the undersigned as follows:

1. This agreement to this Stipulation should not be construed as a waiver and/or abandonment of any defenses pertaining to causation and damages asserted by Defendant.

DATED this 14 day of September 2017.

TANNER LAW FIRM

_____
DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Attorney for Plaintiff,
TAMECIA BROWN

MORAN BRANDON BENDAVID MORAN

_____
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSON'S, LLC

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 14, 2017.