**SAO**
DENNIS M PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH TROIANO, ESQ.
Nevada Bar No. 012505
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
E-Mail: eservice@egletlaw.com
Tel.:  (702) 450-5400
Fax:   (702) 450-5451
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMECIA BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S, LLC, a foreign limited liability company; DOES I through X; and ROE ENTITIES I through X, <br><br> Defendants. | Case No. 2:16-CV-01991-JAD-PAL <br><br> **STIPULATION AND ORDER REGARDING FRCP 35 MEDICAL EXAMINATION OF PLAINTIFF BY DR. SELZNICK** <br><br> **Date of Exam: March 01, 2018** <br> **Time of Exam: 12:00 P.M.** <br> **Location: 2500 W. Sahara Ave., Suite 207, Las Vegas, Nevada 89102.** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Tamecia Brown by and through her counsel of record, EGLET PRINCE, and Defendant ALBERTSONS, LLC., by and through its counsel of record, Justin W. Smerber, Esq., of MORAN BRANDON BENDAVID MORAN, that the following parameters concerning the Plaintiff's Rule 35 Examination with Hugh S. Selznick, M.D. shall be imposed:

1. No other persons shall be present during the examination other than the Plaintiff, the designated physician and members of his staff.
2. The examination shall be limited exclusively to the area of the examining physician's expertise, orthopedic surgery. The physician's examination shall only cover those parts of Plaintiff's body that fall directly within the scope of the examining physician's expertise, orthopedic surgery and that are in controversy, specifically Plaintiff's cervical spine and right shoulder, and knees as documented by Plaintiff's treating physicians and medical experts.
3. The examination shall last no longer than two (2) hours.
4. The examination shall start no later than 12:30 p.m. In the event that the FRCP Rule 35 medical examination does not start at 12:30 p.m., Plaintiff may leave.
5. The examining physician will not conduct any diagnostic tests, procedures that are painful, protracted or intrusive, or unreasonably invasive, nor conduct any diagnostic imaging. Plaintiff will not bring any diagnostic imaging to the examination.
6. Medical Billing, Medical Records, and Diagnostic Films have been produced during litigation. Defendants will be responsible for providing them to the chosen examining physician.
7. Defendants shall produce a report prepared by the examining physician to Plaintiff's counsel by April 2, 2018 (rebuttal expert deadline as proposed by the parties).
8. Plaintiff shall not answer any questions, which pertain to issues of liability. Dr. Selznick may ask Plaintiff questions regarding how her body moved when she began to fall.
9. Plaintiff shall not fill out any paperwork at the examination.
10. The examining physician must be provided with a copy of this Stipulation and Order prior to the examination.
11. Plaintiff shall not pay or incur any fee and shall use her best efforts to appear at the office of the examining physician at the scheduled date and time of the examination. In the event that Plaintiff fails to appear, and Defendant is charged with a cancellation fee, Defendant may seek to recover those fees from Plaintiff.

12. The parties agree and stipulate that the exam is being conducted pursuant to FRCP 35 and the parties and examiner agree to comply with the provisions of FRCP 35.

IT IS SO STIPULATED.

Dated this ___27___ day of February, 2018.   Dated this ___27___ day of February, 2018.

**EGLET PRINCE**   **MORAN BRANDON BENDAVID MORAN**

/s/ Jospeh J. Troiano, Esq.   /s/ Justin W. Smerber, Esq.
DENNIS M. PRINCE, ESQ.   LEW BRANODN, JR., ESQ.
Nevada Bar No. 5092   Nevada Bar No. 5880
TRACY A EGLET, ESQ.   JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 6419   Nevada Bar No. 10761
JOSEPH J. TROIANO, ESQ.   MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 12505   Nevada Bar. No. 13281
400 South 7th Street, 4th Floor   630 South Fourth Street
Las Vegas, Nevada 89101   Las Vegas, NV 89101
*Attorneys for Plaintiff*   *Attorney for Defendants*

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

Dated: March 1, 2018