DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.: 702-450-5400
Fax: 702-450-5451
eservice@egletlaw.com
*and*
DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
**TANNER LAW FIRM**
1320 East Pebble Road, #115
Tel.: 702-987-8888
Fax: 702-410-8070
david@tannerlawfirm.com
Las Vegas, NV 89123
*Attorneys for Plaintiff*
*Tamecia Brown*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMECIA BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign limited liability company; DOES I through X; and ROE ENTITIES I through X,<br><br>    Defendants. | CASE NO.: 2:16-cv-01991-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER**<br><br>ECF No. 55 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff TAMECIA BROWN, through her counsel of record, DENNIS M. PRINCE, ESQ., TRACY A. EGLET, ESQ. and KEVIN T. STRONG, ESQ. of EGLET PRINCE and Defendant ALBERTSON'S, LLC, by and through its counsel of record, Lew Brandon, Jr., Esq., Justin W. Smerber, Esq., and

1

Matthew Whittaker, Esq. of MORAN BRANDON BENDAVID MORAN that the deadline to file the parties' Joint Pre-Trial Order shall be continued to Tuesday, July 31, 2018. The Joint Pre-Trial Order is currently due on June 7, 2018.

The purpose for this request is the parties have scheduled mediation of this matter with Floyd Hale, Esq. of JAMS for July 27, 2018. The parties intend to meaningfully participate, in good faith, at mediation to reach a resolution of this matter. The parties also understand the need to complete this Joint Pre-Trial Order should this matter not resolve at mediation. An extension of time to file the Joint Pre-Trial Order will allow the parties to focus their efforts on resolving this matter at the July 27, 2018 mediation. This request is not meant to cause undue delay. Therefore, the parties respectfully request an extension of time to file the Joint Pre-Trial Order.

IT IS SO STIPULATED.

Dated this 7th day of June, 2018.

**EGLET PRINCE**

/s/ Dennis M. Prince, Esq.
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A EGLET, ESQ.
Nevada Bar No. 6419
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Tamecia Brown*

Dated this 7th day of June, 2018.

**MORAN BRANDON BENDAVID MORAN**

/s/ Lew Brandon, Jr., Esq.
LEW BRANODN, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
MATTHEW WHITTAKER, ESQ.
Nevada Bar. No. 13281
630 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Defendant*
*Albertson's, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this 8th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE